# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| RBG PLASTIC LLC d/b/a Restaurantware an Illinois company, | ) ) ) |
| Plaintiff/Counter-Defendant, | ) ) |
| v. | ) ) ) |
| FIRST PACK LLC d/b/a Pack N Wood, a New York company | ) ) ) |
| Defendant/Counter-Plaintiff. | ) |

Civil Action No. 17-cv-6283
Hon. Manish S. Shah

## PNW'S MOTION TO EXCLUDE OPINIONS OF RESTAURANTWARE'S EXPERT

Defendant/Counter-Plaintiff First Pack LLC d/b/a Pack N Wood ("PNW") moves to exclude certain opinions of RBG Plastic LLC d/b/a Restaurantware's ("Restaurantware") expert, Bill Hartzer under *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579 (1993) and Fed. R. Evid. 702.[1] Specifically:

1. Mr. Hartzer's opinions regarding the relationship between PNW and certain foreign websites, and the use of slogans on those websites (Opinions 2 and 3) should be excluded.

2. Mr. Hartzer's opinions regarding whether websites are "printed material" within the context of the parties' contract should be excluded.

3. Mr. Hartzer's calculation of damages and lost revenues to Restaurantware (Opinion 6) should be excluded.

---

[1] A briefing schedule on this motion has already been set, *see* Dkt. 36.

4. Mr. Hartzer's opinions regarding PNW's bidding on certain search terms and the purported benefits to PNW from those search terms (Opinions 4 and 5) should be excluded.

WHEREFORE, for the reasons set forth herein, and those in PNW's accompanying Memorandum in support of this motion, PNW respectfully requests that the Court grant this motion and strike certain opinions of Mr. Hartzer.

Date: March 29, 2019

Respectfully submitted,

By: */s/ Steven L. Baron*
Steven L. Baron (ARDC 6200868)
George V. Desh (ARDC 6305733)
sbaron@mandellmenkes.com
gdesh@mandellmenkes.com
Mandell Menkes LLC
1 North Franklin St., Suite 3600
Chicago, IL 60606
Phone: (312) 251-1009

*Attorneys for Defendant, FIRST PACK LLC d/b/a Pack N Wood*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing has been served on March 29, 2019 via the Court's CM/ECF system on all counsel of record who have consented to electronic service.

*/s/ Steven L. Baron*